RECEIVED
APR 2 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **FREDERIC LUBRON BIRGANS**<br>LA. DOC # 564392 | CIVIL ACTION NO. 3:12-cv-2568 |
| | SECTION P |
| VS. | |
| | JUDGE DONALD E. WALTER |
| **WARDEN JOHNNY SUMLIN** | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for *habeas corpus* filed by Petitioner Frederic L. Birgans, [doc. # 1], is **DENIED and DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27 day of April, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE